IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:03-CR-00107-F1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DAVID LYNDON ARMSTRONG | ) | |

This matter is before the court on Defendant David Lyndon Armstrong's motion [DE-45] for early termination of supervised release. Mr. Armstrong directs the court's attention to his stellar record while incarcerated and while on probation. Mr. Armstrong requests early termination of his term of supervised release so that he may relocate to care for his ailing mother. The government has responded in opposition, suggesting that the better course would be for Mr. Armstrong to seek transfer of his supervision to the district where his mother resides. After conferring with the United States Probation Officer familiar with this case, the court concurs with the government's assessment. Accordingly, the instant motion is DENIED.

SO ORDERED.

This the 27th day of October, 2016.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge